526

389 A.2d 170

Commonwealth v. Higley, Appellant.

Submitted March 14, 1977. Arthur K. Dils, and Dils and Diveglia, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 170

Commonwealth v. Hull, Appellant.

Submitted November 16, 1976. George W. Schroeck, for appellant; Robert H. Chase, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.